UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| ERIC GANT,<br><br>                        Plaintiff,<br><br>               -against-<br><br>KELLER WILLIAMS REALTY.,<br><br>                        Defendant. | 26 CIVIL 004077 (LTS)<br><br>**<u>CIVIL JUDGMENT</u>** |

For the reasons stated in the June 29, 2026, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's

judgment would not be taken in good faith. See Coppedge v. United States, 369 U.S. 438, 444-45

(1962) (holding that an appellant demonstrates good faith when he seeks review of a

nonfrivolous issue).

SO ORDERED.

Dated:    June 30 2026
          New York, New York

                                        /s/ Laura Taylor Swain
                                     LAURA TAYLOR SWAIN
                                  Chief United States District Judge